CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 0 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ROGER DARNELL WHITING,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:13cv00466** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **INMATE MR. TUCKER,** | ) | **By: Samuel G. Wilson** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Whiting's motion to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**, this action is **DISMISSED** without prejudice for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), and the Clerk of Court is **DIRECTED** to **STRIKE** this action from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to the parties.

**ENTER:** This 10th day of October, 2013.

_____
United States District Judge